No. 14.   CLEVELAND v. UNITED STATES;
No. 15.   DARGER v. UNITED STATES;
No. 16.   JESSOP v. UNITED STATES;
No. 17.   DOCKSTADER v. UNITED STATES;
No. 18.   STUBBS v. UNITED STATES; and
No. 19.   PETTY v. UNITED STATES.   December 16, 1946.

No. 21.   CHAMPLIN REFINING CO. v. UNITED STATES
ET AL.   December 16, 1946.

No. 534.   SMITH v. UNITED STATES.   December 16, 1946.

No. 536.   KOZA ET AL. v. DREXLER ET AL.   December 16, 1946.

No. 566.   JONES v. TEXAS.   December 16, 1946.

Nos. 590 and 591.   F. A. GILLESPIE & SONS CO. v. COMMISSIONER OF INTERNAL REVENUE.   December 16, 1946.

No. 476.   ILLINOIS PACKING CO. v. HENDERSON, ACTING ADMINISTRATOR, ET AL.   December 16, 1946.   THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 342.   DINGMAN v. UNITED STATES.   December 23, 1946.